```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IRONSHORE SPECIALTY INSURANCE COMPANY,    :
                                          :     20cv1290 (DLC)
                         Plaintiff,       :
                                          :         ORDER
         -v-                              :
                                          :
MAXON INDUSTRIES INC., MAXON FLEET        :
SERVICES CORP., and LAYTON CAPITAL        :
CORP.,                                    :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 20, 2020, counsel for defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          October 21, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge